JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

AUG 12 92

PATRICIA D. HOWARD
CLERK OF THE PANEL

# DOCKET NO. 938

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE UNISYS CORP. LONG-TERM DISABILITY PLAN ERISA LITIGATION

### BEFORE JOHN F. NANGLE, CHAIRMAN, S. HUGH DILLIN,* MILTON POLLACK, LOUIS H. POLLAK, ROBERT R. MERHIGE, JR., AND WILLIAM B. ENRIGHT, JUDGES OF THE PANEL

## TRANSFER ORDER

This litigation presently consists of two actions, one action each pending in the Eastern District of New York and the Eastern District of Pennsylvania. Defendants Unisys Corporation (Unisys), Unisys Long-Term Disability Plan (the Unisys plan) and Travelers Insurance Company move the Panel, pursuant to 28 U.S.C. §1407, for an order centralizing the two actions in the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings. Plaintiff in the Pennsylvania action supports the motion. Plaintiff in the New York action opposes the motion.

On the basis of the papers filed,[1] the Panel finds that the two actions in this litigation involve common questions of fact and that centralization under Section 1407 in the Eastern District of Pennsylvania will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Common factual questions arise because the two actions present parallel claims brought on behalf of participants in the Unisys plan whose disability benefits have been reduced as a result of Social Security disability benefits paid to their dependents. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings (especially with respect to class certifications), and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Eastern District of Pennsylvania is the appropriate transferee forum for this docket. We note that 1) many relevant witnesses and documents will be found

---

\* Judge Dillin took no part in the decision of this matter.

[1] The parties waived oral argument and accordingly the question of Section 1407 transfer was submitted on the briefs. Rule 17, R.P.J.P.M.L., 120 F.R.D. 251, 262 (1988).

- 2 -

at or near Unisys's headquarters in that district; and 2) the action pending there is more advanced than the New York action.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the Eastern District of New York be, and the same hereby is, transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable Ronald L. Buckwalter for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

John F. Nangle
Chairman

## SCHEDULE A

MDL-938 -- In re Unisys Corp. Long-Term Disability Plan "ERISA" Litigation

### Eastern District of New York

John McFeeley, etc. v. Unisys Corp., et al.,
C.A. No. 9:91-4628

### Eastern District of Pennsylvania

John B.G. Roberts, III, etc. v. Unisys Corp., et al.,
C.A. No. 2:91-1359