```
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

AUG. 14, 1992

PATRICIA D. HOWARD
CLERK OF THE PANEL
```

DOCKET NO. 938

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE UNISYS CORP. LONG-TERM DISABILITY PLAN ERISA LITIGATION

### CORRECTION ORDER TO TRANSFER ORDER FILED ON AUGUST 12, 1992

IT IS ORDERED that the Panel's transfer order filed on August 12, 1992, be and the same hereby is CORRECTED insofar as it relates to the action listed below:

John B.G. Roberts, III, etc. v. Unisys Corp., et al.,
E.D. Pennsylvania, C.A. No. 2:92-1359

This correction is necessary to identify "1992" as the year in which the action was filed.

FOR THE PANEL

*Patricia D. Howard*
Patricia D. Howard
Clerk of the Panel